I'm here to talk to you about some of the things that are going on in Washington, D.C. You saw what I'm talking about yesterday. I think the leadership here is one of the hardest-hit institutions. The Forest Service has been in the midst of some of these events for a good amount of years. We're in a very, very difficult time right now. There's a lot of things going on. I think we all agree that the biggest issue here is the leadership's ability to speak up. Of course, there's a lot of different issues that we're having to deal with right now, and we're going to have to discuss. I'm not so sure that we agree with your arguments and your barriers, but really, what we do require is that the issue that I think needs to be fully addressed. I'm curious, David, can we talk a little bit about peace? Peace is a presidential election. It's a political, judicial battle. It's a political decision. We have to accept it. We have to act on it. We have to be aware of it. We have to be prepared for it. We're going to lose the bottom line with the changes. We're going to lose the support for those changes. We're going to lose the support for those changes. I just want to say that there are many things we can do to address this. We can do it as a team. We can do it as a group. We can do it in a way that engages the issue of work and responsibility. I think it's important. I think the issue of work and responsibility is a big part of it, as you said. What you just said, Ted, is the fact that we're all so scared of the unpopular question. I think it's more important to understand that we're all scared of the unpopular question. We're scared of the unpopular question. I think we're going to have to address this piece at a later stage. The important thing is that we know from SARS in 2002 to 2006, that if we're going to do something, we want to do something for the existing community, and we want to do something for the present community. There actually is something for this commission. There is something for this commission. We talked the day before to discuss this, and you're a member. You're a member.   There's nothing in it that's urgent. And you're not the only person who actually has the capacity to do problems with all it has. That may be in order in the core of our work. Yes. Yes. Absolutely. And there's certain work and projects that can be used to do that. Um, not really CSC. Not really. No. No, we're getting more work. We're doing work with a group that is, and in fact has done work in our city. We are going to be going to in December Design Congress, Crescent recall, where I can at any time get another hour's notice of what's consensual to design communities and I understand that other cities are shaking and clearing theirselves of this. I appreciate your time. What can you tell people, in Leair, who maybe after two years or so years, 20 or 30 years can say that they have come to the conclusion that Leirton is not for sale. That you can see that a Learner and their partners have done the first test here, so there's this completely new approach to what they are saying. Learian has been controlled through mulheres and creatives, typically, and has been controlled through a process that is specific to this group. And it's not just the Ministries. We say you're done, but you just can't say you're done. You just can't say you're done. What's very good in this case is nobody asked for this specifically. And this has been a moving target for the agency. And this has been a very specific issue. It's been pretty unique in cases where the Ministry of Culture, Religion, and Humanities have been working with Leirton. And this is something that is so important. And it's such a rare case. And it's something that is so specific to Leirton. And I understand that there's a trade relationship between the two. Of course, Leirton is here to help. Leirton is here to help. Leitron is here to help. Leitron is here to help. Right. And while this case is simplified a lot faster, we can talk about the pieces. The Ministry of Culture, Religion, and Humanities has a trace. There's a problem. I think there's an issue. There's a loss. I think there's a trace. And their argument is, well, maybe we have to change the way things have been arranged. So, there's a problem. I think there's a loss. I think there's an issue. I think there's a loss. I think there's a loss. I think there's a loss. So, what do you see? What is your view? What do you see? You've got to make a decision. This is an issue. And you have to work this through. You have to work it through. This is something that's so important. It may or may not be useful. But I think it's a decision. But I think it's a decision. So, you know, you can have a sufficient amount of positive action paid off.  I mean, people are supposed to do the work. You know? You're supposed to know this person anways. If you like somebody because they're terrible or a good person, you should be doing it. Because otherwise, there's not much to it. Even if it'll put you off on a whole lot later. And there are people out there that don't look like that. Living in investment banking is a profession that comes into it and you're not going to know if you're a good person or a bad person. It's tough. It's tough for a lot of people. Once the crisis is through, it's a huge thing. It's a huge thing. It's a lot of work. That's why I bring cases about me. It's also a huge thing. Once the crisis is gone, once the crisis is through, you can't say, I told you it was too soon. What you have here seems to me to be what's needed. So, you can be a better source or you can be too involved in the way that something goes. And if you're going to do that, there's just a problem with the way that you're going to do it. I will say that it's a one-way that helps a lot. It makes it difficult to choose things because that one consultation was referred to and it was something that you have to keep in mind. That's why I like this. It's a one-way. It's a one-way. It's a one-way. It's a one-way. It's a one-way. It's a one-way. It's a one-way. It's a one-way. It's a one-way. I think that's basically what I can say. And I think Taylor's home. I think you said that you try to distinguish well, you said that Toshima was the case where in all those things and all the mitigation that's been done, I think, it's basically the original point of decision that the agency made was a mistake. Right? I don't know if that's true here, but it certainly is. I mean, it's a different case, right? Because that's not even more basic than that. You see the problems that the folks have to arise from the action of the agency going forward. Right? Well, no, I understand that. But what you had me encourage is that the agency said that it's the agency's responsibility to make sure that they're covered in the mitigation process. And of course, one of the things that the agency has been trying to do over the years has been to make sure that they're covered in the mitigation process. And I think that's a really important piece of the puzzle. And if she supports her existing government, I will begin my research to do this. The important point is one that I shared with you was that there's a fundamental reason why it's because of challenges. There are lots of challenges for an agency. Of course, this is global and many countries. They brought their lawsuits to the agency. Only one formal release is available to a litigant under the APA that sets aside the jurisdiction. Here we've established that the agency itself has to look at the situation in order to be able to support those issues. What do you want to do? I think it's important to understand the role of the APA. If you're going to reach an agency in the world, the most obvious solution is to come up with a solution. I mean, coming up with a solution is okay, but you have to be able to understand what's going on. If you reach an agency, there are two interpretive cases where you can choose one that's specific to yourself and one to the Forest Services Management, all forest agencies, and their helpdesk under the forest bond or forest bondage. So, I mean, even though it's specific to yourself, the board seems that it's a challenge to the Forest Services Management forest bond, but ostensibly the people that serve it are continuing on their contours. Here we don't have that. It has been challenged here by one project, and that project is staff support. That is so true. If you notice, there's mention in the course in ethical science that there may be a difficult contrast as far as why it's a challenge. This case is not cutting down to a particular category, but I'm going to stop here. Let's get back to my presentation. Let's pretend that let's just let's just assume that it's true. Let's also have to worry to answer the question, we have to assume we're not following the EPA. If an agency says, that's all it provides for, let's assume we're understanding that it actually provides for an opportunity to make a decision that's unclear to my contours. There's no contours here. As a result, there's nothing to this paper that we need to be telling. I see two more points in there. Let's go, Randy. Let's try. This lawsuit holds plaintiffs, Andy, on an injury to the plaintiffs, not an injury to the environment. So the effective remedy here, the question ultimately goes to what's the remedy for the plaintiff's major expense on this. We have to look whether there's effective ways to have that discussion, but if it's got to run this way, it has to be. I'm not really into experiential, but the only thing that troubles me about it is the experience of the plaintiffs. We find this new, but these plaintiffs also have to continue to find these superstitions. So what's the remedy, those superstitions, for the plaintiffs? First of all, if I'm right, the plaintiffs may have specific goals, and if there's something that we need to have to be able to show those goals. So that's why we look at the two suggestions for reliefs offered by the agencies. What the agencies are is they want the conditions on the project areas to be what they were before the Millie's file, not before the project, before the Millie's file. So right here it's established that after the Millie's file, the project area was insuitable for use by Millie's. So that's the case for the Forest Service Act legislation. It did not cover any of that component, and in any event, it's right in the middle of the constitutional process. I assume that it's not very convenient, and I think that's a big issue. My question is, given the fact that you've been making such an effort, I assume for the moment the community isn't the first to respond to reliefs. And I assume also that there's some people standing to raise that question. What is that question? What is that claim? My name is Rainier Blair. You've convinced me that they've been raising this question. Tell me where they raised that question. I can only see that as a loss that they still have to raise. No, let's see. This is what I'm going at. I'm going to stand to raise. Where did they go? What did they do? What works? What works? Okay. So you can take it away. I'm going to take it back. To be honest, at the end, it's like we needed to not to say, we probably just need to leave. I don't know. I might offer this as well. I mean, actually, in my opinion, we clearly did find a loss of speech. So I don't know. First of all, I'd like to thank you for everything you've done. Thank you for the opportunity. I'd like to see all the work you're putting into it. I'm going to ask you to raise this point. Where are we going from here? I mean, it's so hard to go down the path of you because this record shows that I as well have a difficult mindset. I might have been in school. I might have been out. I don't know. Why don't we take responsibility for our speech, the place of story, and the opportunities that we have. And the opportunities that we have here as a state and as a nation and as a community. I think it's a challenging challenge because it's not in broad text. There hasn't been an argument. There hasn't been complaints before. I have to use the techniques and find that there's been some effects that we should have to follow up on patients. So that's the basis for making a story. So I agree. It seems like the EPA requires fine washing. The EPA requires fine washing. So I think fine washing is the new practice. Although there is some improvement. There's a pretty strong improvement. But let me go back to the definition of specialists and   IT. Those are in the criminal justice training areas. So it's indeed the state or the task for corporations to create specialists. So we don't even have established standards that these companies can utilize in these scenarios. Understanding those common boundaries to keep the systems working. We have no further data to provide. We do not have a statement by these plaintiffs indicating that they utilize this area of the project so that the agencies go there in the future. So we have no further data    do not have a statement by these plaintiffs indicating  they utilize this area of the project. So we do not have do not have a  by these plaintiffs indicating
judges: Tashima, Tallman, Hurwitz